UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 8:19-cr-447-T-24TGW
18 U.S.C. § 1519
18 U.S.C. § 242

NORMAN NICHOLSON

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about June 16, 2018, in the Middle District of Florida, the defendant,

NORMAN NICHOLSON,

did knowingly alter, destroy, mutilate, conceal, cover up, falsify, and make a false entry in any record, document, and tangible object, to wit: an arrest affidavit and police report, with the intent to impede, obstruct, and influence the investigation and proper administration of an investigative review concerning the arrest of B.M., a matter that was within the jurisdiction of the United States Department of Veterans Affairs, a department and agency of the United States.

In violation of 18 U.S.C. § 1519.

## COUNT TWO

On or about June 16, 2018, in the Middle District of Florida, the defendant,

NORMAN NICHOLSON,

a police officer with the United States Department of Veterans Affairs, while acting under color of law, did assault B.H. by pushing him against the fence, using a takedown move to pull B.H.'s legs apart causing B.H. to fall to the ground, and by picking B.H. up using an infraorbital move, and thereby willfully depriving B.H. of a right secured and protected by the constitution and the laws of the United States, that is the right to be free from the use of unreasonable force by a law enforcement officer.

In violation of 18 U.S.C. § 242.

A TRUE BILL,

_____
Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: _____
Diego F. Novaes
Assistant United States Attorney

By: _____
Amanda L. Riedel
Assistant United States Attorney
Deputy Chief, Criminal Division

2

FORM OBD-34
September 19

No.

**UNITED STATES DISTRICT COURT**
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

NORMAN NICHOLSON

**INDICTMENT**

Violations:   18 U.S.C. §§ 242 and 1519

A true bill,

_____
Foreperson

Filed in open court this 1st day

of October 2019.

_____   Clerk

Bail $_____

GPO 863 525